UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>                                  Plaintiff,<br><br>-against-<br><br>MONTEFIORE MOUNT VERNON THE UNIVERSITY HOSPITAL FOR ALBERT EINSTEIN COLLEGE OF MEDICINE,<br><br>                                  Defendant. | 24cv1385 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the May 2, 2024, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   SO ORDERED.

 Dated:   May 2, 2024
          New York, New York

                                                       /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                 Chief United States District Judge